Case 17-29030   Doc 10   Filed 10/02/17   Entered 10/03/17 09:31:32   Desc Main
Document   Page 1 of 1

17-29030:4.1:Application for Installment Agreement:Proposed Order Entered: 9/28/2017 11:55:38 AM by:Toni Jernigan Page 1 of 1

**Fill in this information to identify the case:**

Debtor 1 _Rhonda_ _Robotham_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of ___

Case number _17-29030_
(if known)

Chapter filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ]  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 135 | 10-12-17 Month / day / year |
| $ 100 | 10-31-17 Month / day / year |
| $ 100 | 11-28-17 Month / day / year |
| + $ | Month / day / year |
| **Total** $ 335 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

OCT 0 2 2017
Month / day / year

By the court: _J. Cox_   _Jacqueline P. Cox_
United States Bankruptcy Judge